IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY O. KLEIN : | |
| *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO. 16-3696 |
| CAROLYN W. COLVIN, : | |
| Commissioner of Social Security, : | |
| *Defendant*. | |

# ORDER

**AND NOW**, this 15th day of May, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, (Dkt No. 6), Defendant's Response thereto, (Dkt No. 7), and the Report and Recommendation of the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, (Dkt No. 9), with no objections having been filed thereto as permitted by Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Plaintiff's Request for Review is **DENIED**.
3. Judgment shall be **ENTERED** in favor of Defendant and against Plaintiff.

It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.